CHARLES JANSEN, Respondent, *v.* THE OTTO STIETZ NEW YORK GLASS LETTER COMPANY, Appellant.

(Submitted February 28, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 19, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edward P. Wilder* for appellant.

*Rufus L. Scott* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

JOHN CONSALUS, Appellant, *v.* ISAAC MCCONIHE et al., Respondents.

(Argued February 28, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 31, 1888, which affirmed a judgment in favor of the defendant, Isaac McConihe, entered upon the report of a referee.

*E. F. Bullard* for appellant.

*Orin Gambell* for respondent.

Agree to affirm on opinion of LANDON, J., below.
All concur.
Judgment affirmed.